NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Litigation Counsel, Civil Division
JENNIFER A. KENNEY, CSBN 241625
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8945
    Facsimile: (415) 744-0134
    E-Mail: Jennifer.A.Kenney@ssa.gov

Attorneys for Defendant Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE L. PUGA HUERTA, | Case No. 5:17-CV-02115-AS |
| Plaintiff, | [~~PROPOSED~~] |
| | JUDGMENT OF REMAND |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment for Plaintiff ("Stipulation to Remand"), **IT IS HEREBY ORDERED, ADJUDGED**

Judgment for Remand, Sentence Four 5:17-CV-02115-AS

-1-

1 | **AND DECREED** that the above-captioned action is remanded to the
Commissioner of Social Security for further proceedings consistent with the
Stipulation to Remand.

Dated:  June 19, 2018                              / s /
HON. ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

Judgment for Remand, Sentence Four 5:17-CV-02115-AS